IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                               )<br>            Plaintiff,    )<br>                               )<br>    vs.                      )<br>                               )<br>JESUS TRUJILLO CONTREREAS, )<br>                               )<br>            Defendant.     ) | Case No. 8:10CR94<br><br>ORDER TO WITHDRAW<br>     EXHIBITS |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for parties are ordered to withdraw the following exhibits previously submitted in this matter within 14 calendar days of the date of this order:

Government's exhibits 1 and 1A from sentencing held December 21, 2010.

If counsel fail to withdraw these exhibits as ordered, counsel will be ordered to show cause why sanctions should not be imposed.

IT IS SO ORDERED.

DATED this 21st day of December 2010.

                    s/Joseph F. Bataillon
                    Chief United States District Judge


                    proc\Exhibits\Form-Order to Withdraw Appeal Time Pending.wpd
                                              Approved 02/15/07